# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 1, 2013

Lyle W. Cayce
Clerk

No. 12-11191
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JACK WADE WARREN,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:83-CR-138-1

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Jack Wade Warren, federal prisoner # 13477-077, appeals from the district court's denial of his request for a hearing regarding a "Stipulation for Value and Claim to Arrested Property" that he had filed earlier. He argues on appeal that his stipulation and claim were filed in accordance with a valid admiralty rule, the Government's failure to respond should be construed as its acquiescence to his stipulation and claim, and the district court erred by failing to enforce the admiralty rule.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-11191

Pro se pleadings are afforded liberal construction. *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). However, if a motion cannot be construed in such a way that relief is possible, it is a "meaningless, unauthorized motion" properly denied by the district court. *United States v. Early*, 27 F.3d 140, 141-42 (5th Cir. 1994). As found by the district court, Warren's stipulation, claim, and request for hearing were nonsensical and did not offer any coherent claim for relief. Thus, they were properly denied by the district court as meaningless, unauthorized motions. *See id.*

As Warren's appeal is utterly without merit, it is dismissed as frivolous. *See* 5TH CIR. R. 42.2. We caution Warren that future repetitive, frivolous, or abusive filings may result in the imposition of sanctions, including dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court or any court subject to this court's jurisdiction.

APPEAL DISMISSED AS FRIVOLOUS; SANCTION WARNING ISSUED.